No. 69543.—K. J. Shaw Company *v.* United States, protests 63/10747, etc. (Los Angeles).

Opinion by Rao, C.J. In accordance with stipulation of counsel that the merchandise consists of hanging paper similar in all material respects to that the subject of *Victor England Agencies, Inc.* v. *United States* (50 Cust. Ct. 83, C.D. 2394), the claim of the plaintiff was sustained.